LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 12 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00041 |
| Plaintiff, | **INFORMATION** |
| vs. | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** |
| MICHAEL J. GOMBAR | [16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about 5 June 2008, in the District of Guam, the defendant, MICHAEL J. GOMBAR, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate or was in physical control of a motor vehicle while he had 0.08% or more, by weight, of alcohol in his blood, in violation of 16 Guam

//
//
//
//
//
//

1 Code Annotated, Section 18102(b)(as enacted on June 22, 1993, Public Law 22-20), and Title
2 18, United States Code, Sections 7(3) and 13.

DATED this 12th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*

ANDREW H. HENDERSON
Special Assistant U.S. Attorney