# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**

City     Hagatna         Related Case Information:       **08-00041**

Country/Parish __N/A__     Superseding Indictment _____ Docket Number _____
Same Defendant _____     New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_     Matter to be sealed: ___ Yes _X_ No

Defendant Name     Michael J. Gombar

Alisas Name _____

Address _____
    Mangilao, GU

Birth date _XX/XX/1976_ SS# _XXX-XX-2041_ Sex _M_ Race _CH_ Nationality _US_

**U.S. Attorney Information:**

SAUSA __Andrew H. Henderson__

Interpreter: _X_ No ___ Yes     List language and/or dialect: _N/A_

**Location Status:**

Arrest Date __30 Jun 08__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__     ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 7(3) and 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __8/12/08__     Signature of SAUSA: _____