LEONARDO M. RAPADAS
United States Attorney
ANDREW H. HENDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 1 2 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. GOMBAR,<br><br>Defendant. | CRIMINAL CASE NO. **08-00041**<br><br>**UNITED STATES' REQUEST<br>FOR ISSUANCE OF SUMMONS** |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, MICHAEL J. GOMBAR, based on an Information filed charging the defendant with one count of Driving Under the Influence of Alcohol in violation of 16 Guam Code Annotated, Section 18102(b)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 12th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorne
Districts of Guam and NMI

By: _____
ANDREW H. HENDERSON
Special Assistant U.S. Attorney