AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| **Michael J. Gombar** | Case Number: CR-08-00041-001 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | Room<br>302 |
|---|---|
| Before:    Honorable Joaquin V.E. Manibusan, Jr. | Date and Time<br>**Tuesday, August 19, 2008 at 9:45 a.m.** |

To answer a(n)
☐ Indictment    X Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **7(3) and 13**

Brief description of offense:

**Driving Under the Influence of Alcohol**

**FILED**
**DISTRICT COURT OF GUAM**
AUG 1 8 2008
**JEANNE G. QUINATA**
**Clerk of Court**

ORIGINAL

Carmen B. Santos, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

August 15, 2008
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 8/18/08 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Renal Care Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   8/18/08
              Date

R. Lumagui
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.