# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00041　　　　　　　　　　　　DATE: August 19, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　　　Electronically Recorded: 11:03:02 - 11:14:56

**APPEARANCES:**
Defendant: Michael J. Gombar　　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: William Parker　　　　　　　U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant waives reading of Information.
- Defendant waives his right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Trial Scheduling Order executed.
- Trial set for October 20, 2008 at 9:30 a.m.
- Defendant released.

NOTES: